## Ex parte G. C. WOOD.

No. A-8828.   March 8, 1935.
(42 Pac. [2d] 290.)

Moman Pruiett, for petitioner.

J. Berry King, Atty. Gen., for the State.

PER CURIAM. In this case petitioner relies upon the same facts for his relief as stated in No. A-8863, this day decided (56 Okla. Cr. 444, 42 Pac. [2d] 289). Following the holding of the court in case No. A-8863, the writ is denied.